UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERRIS BOULOS,<br><br>   Plaintiff,<br><br>  v.<br><br>ALLIANCE HOLDINGS, INC., et al.,<br><br>   Defendants. | Case No. 24-cv-04767-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 23 |

The parties have filed a case management statement that the Court construes as a notice of settlement. *See* ECF No. 23 at 2 ("The Parties have reached an agreement to resolve this matter and are currently working on reducing the terms of that agreement to writing."). Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: December 3, 2024



JON S. TIGAR
United States District Judge